IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHRIS CUMMINGS, | |
| Plaintiff, | 4:12-CV-3256 |
| vs. | |
| DR. LEONARD'S HEALTHCARE CORP., | ORDER |
| Defendant. | |

This matter is before the Court on the parties' joint stipulation for dismissal (filing 29). The parties have stipulated that each will bear its own costs and fees, and that the case will be dismissed with prejudice. Accordingly,

IT IS ORDERED:

1. The parties' joint stipulation for dismissal (filing 29) is accepted;

2. The case is dismissed, with prejudice, each party to bear its own costs and fees; and

3. A separate judgment will be issued.

Dated this 31st day of July, 2013.

BY THE COURT:

John M. Gerrard
United States District Judge